**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 114 WAL 2023

          Respondent              :

                         :  Petition for Allowance of Appeal
                         :  from the Order of the Superior Court

          v.                 :

                         :

JUSTIN SCHEER,               :

                         :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.